IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM, an individual,

Plaintiff,

v.

J.P. MORGAN SECURITIES, INC., a Delaware corporation, J.P. MORGAN CHASE & CO., a Delaware corporation, and DOES 1–20,

Defendants.

No. C 09-03418 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the defendants' request to continue the case management conference for three weeks. The parties are represented by firms with multiple lawyers on staff and should be able to find someone to cover the case management conference.

**IT IS SO ORDERED.**

Dated: October 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE