IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM, an individual,

    Plaintiff,

  v.

J.P. MORGAN CHASE & CO., a Delaware corporation, J.P. MORGAN SECURITIES, INC., a Delaware corporation, and DOES 1–20,

    Defendants.
    /

No. C 09-03418 WHA

**ORDER DENYING STIPULATION EXTENDING TIME RE INITIAL DISCLOSURES**

Good cause not shown, the stipulation to extend time to complete initial disclosures is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 19, 2009.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE