IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BLOOM, an individual, | |
| Plaintiff, | No. C 09-03418 WHA |
| v. | |
| J.P. MORGAN CHASE & CO., a Delaware corporation, J.P. MORGAN SECURITIES, INC., a Delaware corporation, and DOES 1–20, | **ORDER DENYING STIPULATION EXTENDING TIME RE INITIAL DISCLOSURES** |
| Defendants. | |

Good cause not shown, the stipulation to extend time to complete initial disclosures is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE