1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM, an individual,

        Plaintiff,

  v.

J.P. MORGAN SECURITIES, INC., a Delaware
corporation, J.P. MORGAN CHASE & CO.,
a Delaware corporation, and DOES 1–20,

        Defendants.

——————————————————————/

No. C 09-03418 WHA

**ORDER GRANTING
REQUEST TO ENLARGE
TIME TO COMPLETE
COURT-ORDERED ADR**

      Good cause shown, the Court **GRANTS** the parties' request to enlarge the time in which to

mediate this matter from January 28, 2010, until April 6, 2010, on the condition that the parties do

not use this enlargement as grounds to seek any other extensions of the case schedule.

      **IT IS SO ORDERED.**

Dated:  January 26, 2010.

                                     
                  WILLIAM ALSUP
                  UNITED STATES DISTRICT JUDGE