IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM, an individual,

    Plaintiff,

  v.

J.P. MORGAN SECURITIES, INC., a Delaware corporation, J.P. MORGAN CHASE & CO., a Delaware corporation, and DOES 1–20,

    Defendants.

No. C 09-03418 WHA

**ORDER GRANTING REQUEST TO ENLARGE TIME TO COMPLETE COURT-ORDERED ADR**

Good cause shown, the Court **GRANTS** the parties' request to enlarge the time in which to mediate this matter from January 28, 2010, until April 6, 2010, on the condition that the parties do not use this enlargement as grounds to seek any other extensions of the case schedule.

**IT IS SO ORDERED.**

Dated: January 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE