IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM,

    Plaintiff,

  v.

J.P. MORGAN CHASE & CO., and
J.P. MORGAN SECURITIES, INC.,

    Defendants.
_____/

No. C 09-03418 WHA

**ORDER SETTING HEARING REGARDING PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **SETS** a further meet-and-confer from **8:00–11:00 A.M. ON WEDNESDAY, JUNE 23, 2010**, in the Court's jury room concerning the discovery dispute outlined in plaintiff's letter of June 16. At **11:00 A.M.**, a hearing will be held to resolve any remaining issue(s). Defendant's response is due by 9:00 a.m. on June 22.

    Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: June 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE