IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM,

    Plaintiff,

  v.

J.P. MORGAN CHASE & CO., and
J.P. MORGAN SECURITIES, INC.,

    Defendants.

No. C 09-03418 WHA

**ORDER APPROVING MODIFICATIONS TO PROTECTIVE ORDER SUBJECT TO STATED CONDITIONS**

    The parties have stipulated to modify the protective order previously approved in this matter on March 8, 2010. The modifications are **APPROVED**, subject to the conditions stated in the March 8 order (Dkt. No. 28).

    **IT IS SO ORDERED.**

Dated: July 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE