**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM,

　　　　　Plaintiff,

　　v.

J.P. MORGAN CHASE & CO., and
J.P. MORGAN SECURITIES, INC.,

　　　　　Defendants.
_____/

No. C 09-03418 WHA

**ORDER SETTING HEARING
REGARDING DEFENDANTS'
DISCOVERY DISPUTE**

The Court sets a further meet-and-confer from **8:00–11:00 A.M. ON FRIDAY,
SEPTEMBER 17, 2010,** in the Court's jury room concerning the discovery dispute outlined in
defendants' letter of August 31.  At 11:00 a.m., a hearing will be held to resolve any remaining
issue(s).  Plaintiff's response is due **BY 9:00 A.M. ON SEPTEMBER 13**.

Please note that only those who personally participate in the meet-and-confer in the
Court's jury room may be heard at the hearing.


**IT IS SO ORDERED.**


Dated:  September 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE