United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM,

    Plaintiff,

  v.

J.P. MORGAN CHASE & CO., and
J.P. MORGAN SECURITIES, INC.,

    Defendants.
                                /

No. C 09-03418 WHA

**ORDER SETTING HEARING REGARDING PLAINTIFF'S DISCOVERY DISPUTE**

      The Court sets a further meet-and-confer from starting from **8:30–11:30 A.M. ON TUESDAY, SEPTEMBER 21, 2010**, in the attorney's lounge on the eighteenth floor of the federal courthouse concerning the discovery dispute outlined in plaintiff's letter of September 16. At 11:30 a.m., a hearing will be held to resolve any remaining issue(s).  Defendant's response is due **BY NOON ON SEPTEMBER 20**.

      Please note that only those who personally participate in the meet-and-confer in the attorney's lounge may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: September 17, 2010.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE