1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID A. BLOOM, and individual, | Case No. 3:09-CV-03418-WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER FOLLOWING SEPTEMBER 21, 2010 HEARING ON DISCOVERY DISPUTE** |
| vs. | |
| J.P. MORGAN SECURITIES, INC., a Delaware Corporation, J.P. MORGAN CHASE & CO., a Delaware Corporation, and DOES 1-20, | |
| Defendants. | |

1    On September 21, 2010, this matter came before the Court for a hearing on the discovery
2 disputes outlined in Plaintiff David Bloom's ("Plaintiff") September 16, 2010 letter to the Court.
3 During the hearing, counsel for Plaintiff and counsel for Defendants J.P. Morgan Securities, Inc.
4 and J.P. Morgan Chase & Co. ("Defendants") informed the Court that the parties had resolved
5 every issue but one: whether Defendants have an obligation to produce documents in the
6 possession, custody and/or control of their attorneys.  The parties requested that the Court
7 reserve this one issue for a short period of time while the parties continue to work together to
8 resolve their dispute.

9    Having considered the papers presented, the argument of counsel and the record in this
10 case, IT IS HEREBY ORDERED that, if the parties fail to resolve their dispute, Plaintiff and
11 Defendants may each file supplemental briefs, of no more than three pages, on or before October
12 1, 2010, on the following specific issue: whether Defendants have an obligation to produce
13 documents in the possession, custody and/or control of their attorneys.

15    IT IS SO ORDERED.

17 DATED:   September 28, 2010.    _____
            HON. WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE



1
Case No. 3:09-CV-03418-WHA             [PROPOSED] ORDER FOLLOWING SEPTEMBER 21, 2010
                                              HEARING ON DISCOVERY DISPUTE