HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID A. BLOOM, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE & CO., a Delaware Corporation, J.P. MORGAN SECURITIES, INC., a Delaware Corporation, and DOES 1-20,<br><br>            Defendants. | No. 09-CV-03418 WHA<br><br>Action Filed: July 24, 2009<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

1    Pursuant to Civil Local Rule 7-11(a), Defendants JP Morgan Securities, Inc. and JP Morgan Chase & Co. (collectively, "JPMC") filed on October 8, 2010, their Notice Of Motion And Motion For Administrative Relief Seeking An Order Removing An Incorrectly Filed Document (the "Administrative Motion").  The Administrative Motion requested removal of the Declaration Of Gilbert R. Serota In Support Of Defendants' Motion For Summary Judgment ("Declaration"), Docket No. 54 because it contained sensitive information about the Plaintiff, namely his Social Security number and his contact information.  On October 8, 2010, JPMC also uploaded a redacted version of the Declaration, which removed all sensitive content.  The redacted version of the Declaration was assigned docket number 55.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the documents associated with docket entry number 54 be permanently removed from the Court's Electronic Case Filing system and that it be replaced with a cross-reference to docket entry number 55.

**IT IS SO ORDERED.**

DATED: October 13, 2010.

_____
HON. WILLIAM H. ALSUP
United States District Judge