1
2
3
4
5
6
7
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11  | DAVID A. BLOOM, and individual,          | Case No. 3:09-CV-03418-WHA
12  |         Plaintiff,                       | [~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
13  | vs.                                      |
14  |                                          |
15  | J.P. MORGAN SECURITIES, INC., a Delaware Corporation, |
16  | J.P. MORGAN CHASE & CO., a Delaware Corporation, and |
17  | DOES 1-20,                               |
18  |         Defendants.                      |

19
20
21
22
23
24
25
26
27
28

Case No. 3:09-CV-03418-WHA                              [~~PROPOSED~~] ORDER GRANTING MOTION
                                                        TO REMOVE INCORRECTLY FILED DOCUMENT

KERR
WAGSTAFFE
LLP

1   Pursuant to Civil Local Rule 7-11(a), Plaintiff David A. Bloom filed on October 21,
2   2010, a Notice of Motion and Motion for Administrative Relief Seeking an Order Removing an
3   Incorrectly Filed Document (the "Administrative Motion").  The Administrative Motion
4   requested removal of the Declaration of David A. Bloom in Support of Plaintiff David Bloom's
5   Opposition to Defendants' Motion for Summary Judgment ("Bloom Declaration"), Docket No.
6   59-8, because it contained Plaintiff's social security number.  On October 21, 2010, Plaintiff
7   uploaded a redacted version of the Bloom Declaration, which removed this private information.
8   The redacted version of the Bloom Declaration was assigned Docket No. 60.

9   GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
10  document associated with Docket No. 59-8 be permanently removed from the Court's Electronic
11  Case Filing System and that it be replaced with a cross-reference to Docket No. 60.

13  **IT IS SO ORDERED.**

15  DATED: October  22 , 2010

_____
Hon. William H. Alsup
United States District Court Judge

Case No. 3:09-CV-03418-WHA          1          [PROPOSED] ORDER GRANTING MOTION
TO REMOVE INCORRECTLY FILED DOCUMENT