IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BLOOM,

    Plaintiff,

v.

J.P. MORGAN CHASE & CO., and
J.P. MORGAN SECURITIES, INC.,

    Defendants.
    _____/

No. C 09-03418 WHA

**SCHEDULING ORDER REGARDING PRETRIAL CONFERENCE AND TRIAL**

    The pretrial conference, which is set to take place on Tuesday, November 23, 2010, is rescheduled to 1:00 p.m.

    The Court expects a criminal case, that is set for trial ahead of this matter, to be completed by December 10, 2010 (but this is only an expectation), and the Court expects the trial in this matter to begin on December 13, 2010. Counsel is instructed to instruct their witnesses to be available.

    Nevertheless, the pretrial conference will go forward next week on Tuesday. Please read the following order in advance of the pretrial conference: Order Re Attorney-Client Privilege with Respect to Defendant Kimon Daifotis, *In re Charles Schwab Corp. Sec. Litig.*, No. 3:08-cv-01510-WHA, Apr. 14, 2010 (Dkt. No. 612).

    **IT IS SO ORDERED.**

Dated: November 17, 2010.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE